# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re:<br><br>JOHN T. HAZEL, III,<br><br>    Debtor. | Case No. 09-10162-RGM<br>(Chapter 7) |

## ORDER SETTING STATUS CONFERENCE

Pursuant to §105(d) of the United States Bankruptcy Code, it is, by the court, *sua sponte*,

ORDERED:

1. A status conference regarding the above-captioned case will be held on:

**November 14, 2011 at 10:30 a.m.**

2. The chapter 7 trustee and a representative of the United States Trustee's office shall attend the status conference and be prepared to discuss the status of the case; set trial dates; or to take other actions as may be appropriate.

DONE at Alexandria, Virginia, this 29th day of September, 2011.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Bruce W. Henry
Jeffrey T. Martin, Jr.
Richard A. Bartl

17219